IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL LOUIS PATTILLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:23cv738-MHT |
| | ) | (WO) |
| KAREN WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an incarcerated person, filed this lawsuit asserting that the defendant Ventress Correctional Facility employees failed to provide him with the specialized diet that the prison doctor prescribed and that he and other inmates housed in the "B-1 Protective Housing Unit" are prohibited from purchasing hygiene supplies and from contacting their families by phone or in writing.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute.  There are no objections to the

recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 9th day of October, 2024.

                                          /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE